Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL BARCENAS-RAMIREZ, | Case No.: CV-15-7797 PA (ASx) |
| Plaintiff, | [Proposed] Order for Dismissal |
| v. | |
| THE CBE GROUP, INC., | |
| Defendants. | |

Pursuant to the stipulation of both parties, this action is hereby dismissed with prejudice.  All parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  June 21, 2016            BY:  _____
                                     UNITED STATES DISTRICT JUDGE